UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| BILLY JOE HILL, | ) | |
| Petitioner, | ) | No. 5:19-CV-222-REW |
| v. | ) | OPINION & ORDER |
| FRANCISCO QUINTANA, Warden, | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On May 23, 2019, federal inmate Billy Joe Hill filed a *pro se* habeas corpus petition seeking earlier release to a halfway house or home confinement pursuant to the First Step Act. DE 1. Although it appears that Hill took steps to pay the required $5.00 filing fee, DE 1-2 (BP-199 form), this Court never received payment. In any event, by late June, Hill had already been entirely released from BOP custody. See https://www.bop.gov/inmateloc/ (last visited on September 30, 2019). That release renders his petition moot. *Demis v. Sniezek*, 558 F.3d 508, 512–13 (6th Cir. 2009).

Accordingly, the Court **ORDERS** as follows:

1. The Court **DENIES** Hill's petition, DE 1, as moot.

2. The Court **DIRECTS** the Clerk to strike this matter from the active docket.

This the 30th day of September, 2019.



Signed By:
*Robert E. Wier*  REW
**United States District Judge**