UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| BILLY JOE HILL, | ) | |
| | ) | |
| Petitioner, | ) | No. 5:19-CV-222-REW |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| FRANCISCO QUINTANA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **ENTERS** Judgment in favor of Respondent Francisco Quintana, Warden of the Federal Medical Center in Lexington, Kentucky.

2. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 30th day of September, 2019.

Signed By:
*Robert E. Wier* REW
**United States District Judge**